**LEBEDIN | KOFMAN**
**LLP**
**ATTORNEYS AT LAW**
**26 BROADWAY, 27TH FL**
**NEW YORK, NY 10004**
T (212)500-3273
F (855)696-6848

ARTHUR LEBEDIN*  
RUSS KOFMAN+  
STEPHANNIE MIRANDA^  
CONOR MCNAMARA+  
SCOTT KIM+  
BRIAN KUPFERBERG+  
LARITA YUSUF#  

\+ Member N.Y. Bar  
\* Member N.Y. & N.J. Bar  
^ Member N.Y., N.J. & F.L. Bar  
\# Member N.Y., N.J., N.C. & S.C. Bar

December 2, 2019

**Sent via email only**
Honorable Judge Cathy Seibel
Federal Building and United States Courthouse
300 Quarropas St. White Plains, NY 10601-4150

Re: Marvin Williams 19-cr-00375-CS

Your Honorable Judge Seibel,

Lebedin Kofman LLP represents Mr. Williams in the above captioned case. We respectfully submit this letter to make a request to have certain bail conditions revised in order to allow Mr. Williams to continue in his current employment.

On November 8th, 2018 Mr. Williams was presented before the Honorable Judge Smith and released upon the following conditions: $150,000 personal recognizance bond to be co-signed by two financially responsible persons; travel is restricted to the Southern and Eastern Districts of New York and the District of Connecticut, surrender travel documents. As part of his release, Mr. Williams has been subject to home detention and has worn an ankle GPS monitoring device.

On April 15th, through a previous joint request the bail conditions were amended which removed the GPS monitoring device and that home detention would be replaced with a curfew requiring Mr. Williams to be present in his residence between 8 p.m. and 4 a.m., Monday through Thursday, Saturday and Sunday. On Fridays a slightly later curfew of 10pm was granted.

On October 11th, 2019, Mr. Williams was present before the Honorable Judge Davison and plead guilty. We are respectfully requesting a slight modification to the curfew placed upon Mr. Williams. Mr. Williams current employment has seen a significant increase in business, and he is currently being asked to work hours of overtime in order to get though the back log of work. We are asking that the curfew be extended to allow Mr. Williams to be outside of his residence past 8pm to 10pm solely for the purposes of work and/or travelling home from his place of work. The prior 8 pm curfew would remain in effect for all other purposes.

Undersigned counsel has spoken with AUSA David Felton, who does not object to this request.

                Respectfully Submitted
                /s/ Conor McNamara

Cc: AUSA David Felton (via email)

Application granted. Mr. Williams' curfew is extended to 10 pm on Monday through Thursday, Saturday and Sunday, only as necessary for him to work overtime.

SO ORDERED.

*Cathy Seibel*
CATHY SEIBEL, U.S.D.J.   12/2/19