UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

7:19-CR-00375 (CS) (1)

Marvin Williams,
                Defendant.
-----------------------------------------------------------X

Seibel, J.

## ORDER ACCEPTING PLEA ALLOCUTION

The Court has reviewed the transcript of the plea allocution in the above titled case, the charging papers, and all other pertinent parts of the record. The Report and Recommendation of the Honorable Paul E. Davison, United States Magistrate Judge, dated December 11, 2019, is approved and accepted.

The Clerk of the Court is directed to enter the plea.

**SO ORDERED.**

Dated: 12/13/19
White Plains, New York

_____
Cathy Seibel
United States District Judge