

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

*United States District Courthouse*
*300 Quarropas Street*
*White Plains, New York 10601*

January 23, 2020

**BY ECF**

Sentencing control date adjourned to 4/27/20 at 2:30 pm.

Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

SO ORDERED.

*/s/ Cathy Seibel*
CATHY SEIBEL, U.S.D.J.

Re:  *United States* v. *Marvin Williams*, 19 Cr. 375 (CS)

1/23/20

Dear Judge Seibel:

     The Government respectfully requests, with the consent of defendant Marvin Williams, that the Court continue the sentencing control date for Williams for approximately three months to April 24, 2020. The current sentencing control date is January 24, 2020. Charges remain pending against eight of Williams's co-defendants and, if any of those defendants proceed to trial, Williams may be a witness at that trial. Trial is scheduled to commence on May 18, 2020.

     Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney
Southern District of New York

By:   /s/ David R. Felton
David R. Felton / Emily S. Deininger
Assistant United States Attorneys
Tel: (914) 993-1908 / (212) 637-2472

cc:   Ruisi Guo, Esq. and Conor McNamara, Esq. (counsel to defendant Marvin Williams) (via ECF)