# LAW OFFICES OF JILL R. SHELLOW PLLC

___

15 Chester Avenue
White Plains, NY 10601
jrs@shellowlaw.com
212.792.4911  (Telephone)
203.258.1463  (Mobile)

February 7, 2025

**BY ECF AND EMAIL**
The Honorable Cathy Seibel
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, NY  10601
chambersnysdseibel@nysd.uscourts.gov

    **RE:**    *United States v. Marvin Williams, 19-cr-375 (CS) (VOSR)*

Dear Judge Seibel:

    I represent Marvin Williams on this VOSR.  The deadline for his bond to be co-signed was February 4, 2025, and I did not notice that the deadline had passed.  I have spoken with AUSA Carmi Schickler, and I am sending him today all of the documents necessary for his office to interview our proposed FRP, Mr. Williams' mother, Karlene Watson, next week.  Accordingly, I respectfully request that Your Honor extend the deadline for the bond to be co-signed until one week from today, Friday, February 14, 2025.  AUSA Schickler consents to this request.

    Thank you for your consideration.

                                              Respectfully submitted,

                                              Jill R. Shellow
                                              *Attorney for Marvin Williams*

cc:    AUSA Carmi Schickler (by ECF and Email)

    Deadline for bond to be co-signed extended to Friday, February 14, 2025.  The Clerk of Court is respectfully directed to terminate ECF No. 537.

                            SO ORDERED.

                            *Cathy Seibel*   2/7/25
                            CATHY SEIBEL, U.S.D.J.

Admitted:  NY, CT, DC